IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
AT BLUEFIELD

MICHAEL J. GREENE,

       Petitioner,

v.                                          Civil Action No: 1:15-15154

MARVIN C. PLUMLEY,
Warden,

       Respondent.

## MEMORANDUM OPINION AND ORDER

    Pending before the court are petitioner's petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254, (Doc. No. 3), respondent's motion to dismiss for failure to exhaust, (Doc. No. 15), and petitioner's motion to dismiss his petition. (Doc. No. 28). By Order, this matter was referred to United States Magistrate Omar J. Aboulhosn for submission of findings and recommendations regarding disposition, pursuant to 28 U.S.C. § 636(b)(1)(B). (Doc. No. 9). Magistrate Judge Aboulhosn submitted to the court his Proposed Findings and Recommendation on May 13, 2016, in which he recommended that the district court deny as moot respondent's motion to dismiss, grant petitioner's motion to dismiss, dismiss petitioner's petition, and remove this action from the court's docket. (Doc. No. 29 at 6).

    In accordance with the provisions of 28 U.S.C. § 636(b), the parties were allotted fourteen days, plus three mailing days, in which to file any objections to Magistrate Judge

Aboulhosn's Findings and Recommendation.  The failure to file such objections constitutes a waiver of the right to a de novo review by this court.  Snyder v. Ridenour, 889 F.2d 1363 (4th Cir. 1989).

Petitioner failed to file any objections to the Magistrate Judge's Findings and Recommendation within the seventeen-day period.  Having reviewed the Findings and Recommendation filed by Magistrate Judge Aboulhosn, the court adopts the findings and recommendation contained therein.

Additionally, the court has considered whether to grant a certificate of appealability.  See 28 U.S.C. § 2253(c).  A certificate will not be granted unless there is "a substantial showing of the denial of a constitutional right." Id. § 2253(c)(2).  The standard is satisfied only upon a showing that reasonable jurists would find that any assessment of the constitutional claims by this court is debatable or wrong and that any dispositive procedural ruling is likewise debatable.  Miller-El v. Cockrell, 537 U.S. 322, 336-38 (2003); Slack v. McDaniel, 529 U.S. 473, 484 (2000); Rose v. Lee, 252 F.3d 676, 683-84 (4th Cir. 2001).  The court concludes that the governing standard is not satisfied in this instance.  Accordingly the court **DENIES** a certificate of appealability.

The court hereby **ADOPTS** the factual and legal analysis contained within the PF&R, **GRANTS** petitioner's motion to

2

dismiss, (Doc. No. 28), **DENIES as moot** respondent's motion to dismiss for failure to exhaust, (Doc. No. 15), **DISMISSES** petitioner's petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254, (Doc. No. 3), and **DIRECTS** the Clerk to remove this case from the court's docket.

    The Clerk is further directed to forward a copy of this Memorandum Opinion and Order to counsel of record and petitioner, pro se.

    It is **SO ORDERED** this 17th day of August, 2016.

ENTER:

*David A. Faber*
David A. Faber
Senior United States District Judge